1

2                                                    **E-Filed 8/7/06**

3

4

5

6

7

8                              NOT FOR CITATION

9                 **IN THE UNITED STATES DISTRICT COURT**

10              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                            **SAN JOSE DIVISION**

12

13    THOMAS BRIAN DONOVAN, JR., et al.,    | Case Number C 06-04253 JF

14                         Plaintiffs,       | ORDER[1] GRANTING APPLICATION
                                             | TO PROCEED *IN FORMA PAUPERIS*
15              v.                           
                                             | [re: docket no. 2]
16    YUNG K. SO,

17                         Defendant.

18

19          On July 11, 2006, Plaintiffs Thomas Brian Donovan, Jr. and Timothy Robinson

20    ("Robinson") filed a complaint against Defendant Yung K. So alleging claims for (1) violations

21    of the Fair Housing Amendments Act, 42 U.S.C. § 3604 *et seq.*, (2) violations of the Fair

22    Employment and Housing Act, Cal. Gov't Code § 12955 *et seq.*, (3) violations of the California

23    Unruh Civil Rights Act, Cal. Civ. Code § 51 *et seq.*, (4) negligence, (5) violation of Cal. Civ.

24    Code § 1940.2, (6) retaliation, Cal. Civ. Code § 1942.5, (7) breach of covenant of quiet

25    possession, Cal. Civ. Code § 1927, (8) wrongful eviction, (9) breach of covenant of good faith

26    and fair dealing, (10) breach of the implied warranty of habitability, and (11) unlawful business

27    _____

28          [1] This disposition is not designated for publication and may not be cited.

1   practices, Cal. Bus. & Prof. Code § 17200.

2         On the same date, Robinson filed an application to proceed *in forma pauperis*.  Pursuant

3   to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma*

4   *pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to

5   pursue the action.  28 U.S.C. § 1915(a)(1).  The Court is satisfied that Robinson cannot pay the

6   filing fee and that the instant action is not frivolous or without merit and therefore will grant his

7   application to proceed *in forma pauperis*.  The Marshalls' office shall affect service of process.

8

9   DATED:  August 7, 2006

10

11

12                   JEREMY FOGEL
                     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1  This Order has been served upon the following persons:

2  Alison Ann Brunner          alisonb@lawfoundation.org,

3  Whitney Huston              whitneyh@lawfoundation.org, reymundoa@lawfoundation.org

4  Annette Kirkham             annettek@lawfoundation.org,

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-04253 JF
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)