**E-filed 4/11/07**

1  James C. Hann, Esq. (State Bar No. 215778)
   LAW OFFICES OF TAK S. CHANG
2  1530 The Alameda, Suite 305
   San Jose, CA 95126
3  (408) 975-9000 voice
   (408) 975-9100 fax
4  Email: hannja@pacbell.net

5  Attorneys for Defendants
   YUNG KWAN SO, as an individual and
6  as a trustee of SO 2000 TRUST

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12  THOMAS BRIAN DONOVAN, JR. and      )  Case No.: 06-04253 JF
    TIMOTHY ROBINSON,                  )
13                                     )  **STIPULATION AND PROPOSED ORDER
              Plaintiffs,              )  REGARDING DISCOVERY**
14                                     )
         vs.                           )
15                                     )
    YUNG K. SO as an individual and as trustee )
16  of SO 2000 TRUST,                  )
                                       )
17            Defendants.              )
                                       )
18

19       Plaintiffs Thomas Brian Donovan, Jr. and Timothy Robinson ("Plaintiffs"), and

20  Defendant Yung K. So ("Defendant"), by and through their respective counsel hereby stipulate

21  as follows:

22       1.  The motion to compel filed by Plaintiffs on March 5, 2007 for a hearing on April

23           11, 2007 at 9:30 AM is hereby taken off-calendar.

24       2.  The discovery due date of May 1, 2007 is continued to August 1, 2007 since

25           Defendant recently obtained legal counsel.

26       3.  The Expert Witness List due by June 1, 2007 is continued to September 4, 2007.

27  ///

28  ///

                                        1
            STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY

1  DATED: 4/5, 2007          Fair Housing Legal Project
2                             BY:      / S /
3                             Whitney Huston
                              Attorneys for Plaintiffs
4
5
6  DATED: 4/5, 2007          Law Offices of Tak S. Chang
                              BY:
7
8                             James C. Hann, Esq.
                              Attorneys for Defendants
                              YUNG K. SO, as an individual and trustee
9                             of the SO 2000 TRUST

10
   PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
11
       Dated the  6TH  day, of  April , 2007.
12
13
14
                              JEREMY FOGEL
15                            UNITED STATES DISTRICT JUDGE