**LAW FOUNDATION OF SILICON VALLEY**
**FAIR HOUSING LAW PROJECT**
ANNETTE KIRKHAM (State Bar # 217958)
WHITNEY HUSTON (State Bar #234863)
**MENTAL HEALTH ADVOCACY PROJECT**
DAVE CARDUCCI (State Bar #156939)
BRENNA SILBERSTEIN (State Bar #233018)
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone:     408-280-2438
Facsimile:     408-350-1158

Attorneys for Plaintiffs

**E-filed 5/30/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| THOMAS BRIAN DONOVAN, JR. and TIMOTHY ROBINSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>YUNG K. SO as an individual and as trustee of SO 2000 TRUST,<br><br>    Defendants. | Case No. 06-04253 JF<br><br>**STIPULATION FOR ENTERING COURT ADR PROCESS AND [PROPOSED] ORDER** |

The parties in the above-captioned litigation have agreed to mediate their dispute as soon as possible through mediation. The parties originally did not stipulate to an ADR process and attended an early settlement conference with Magistrate Judge Seeborg. At that time, defendants were not represented by Counsel. At this time, defendants are represented by the Law Office of Tak S. Chang and counsel for plaintiffs, counsel for defendants, and the parties wish to mediate this dispute through mediation within the Court ADR process.

Therefore the parties hereby stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitration        __ ENE          X  Mediation

Dated: May 21, 2007          **FAIR HOUSING LAW PROJECT**


                              /S/_____
                                   Whitney Huston
                                   Attorneys for Plaintiffs


Dated: May 21, 2007          **LAW OFFICES OF TAK S. CHANG**


                              /S/_____
                                   James Hann
                                   Attorneys for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**P̶R̶O̶P̶O̶S̶E̶D̶ ORDER**

IT IS HEREBY ORDERED that the parties are to participate in mediation through the Court ADR process per stipulation by the parties.

Dated:   5/30/07       _____
United States District Judge Fogel