James C. Hann, Esq. (State Bar No. 215778)
LAW OFFICES OF TAK S. CHANG
1530 The Alameda, Suite 305
San Jose, CA 95126
(408) 975-9000 voice
(408) 975-9100 fax
Email: hannja@pacbell.net

efiled 6/8/07

Attorneys for Defendants
YUNG KWAN SO, as an individual and
as a trustee of SO 2000 TRUST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THOMAS BRIAN DONOVAN, JR. and TIMOTHY ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>YUNG K. SO as an individual and as trustee of SO 2000 TRUST,<br><br>Defendants. | Case No.: 06-04253 JF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND TRIAL DATE** |

Plaintiffs Thomas Brian Donovan, Jr. and Timothy Robinson ("Plaintiffs"), and Defendant Yung K. So ("Defendant"), by and through their respective counsel hereby stipulate as follows:

1. The discovery due date of August 1, 2007 is continued to October 30, 2007 since the parties have previously stipulated to mediation in a good faith effort to settle this matter and are in the process of engaging in mediation.

2. The Expert Witness List due by September 4, 2007 is continued to November 30, 2007.

3. Cross-motions due on August 17, 2007 shall be continued to November 16, 2007.

4. The Pre-Trial Conference set for September 21, 2007 shall be continued to the

---

1

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY AND TRIAL DATE

1 | week of December 17, 2007.

2 | 5. The Jury Trial Set for October 5, 2007 is continued to the week of January 28, 2008.

DATED: June 4, 2007                Fair Housing Law Project
                                    BY: _____
                                    Annette D. Kirkham
                                    Attorneys for Plaintiffs

DATED: 6/5/07, 2007                Law Offices of Jak S. Chang
                                    BY: _____
                                    James C. Hann, Esq.
                                    Attorneys for Defendants
                                    YUNG K. SO, as an individual and trustee
                                    of the SO 2000 TRUST

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Finding Good Cause, the Court Orders that the Jury Trial Date shall be continued to 1/28/08 at 9:00 a.m. and the Pre-Trial Conference shall be continued to 12/21/07 at 11:00 a.m.

Dated the 7th day, of June, 2007.

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY AND TRIAL DATE