**E-filed 12/19/07**

James C. Hann, Esq. (State Bar No. 215778)
LAW OFFICES OF TAK S. CHANG
4020 Moorpark Ave. Suite 214
San Jose, CA 95117
(408) 975-9000 voice
(408) 975-9100 fax
Email: hannja@pacbell.net

Attorneys for Defendants
YUNG KWAN SO, as an individual and
as a trustee of SO 2000 TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS BRIAN DONOVAN, JR. and
TIMOTHY ROBINSON,

    Plaintiffs,

vs.

YUNG K. SO as an individual and as trustee
of SO 2000 TRUST,

    Defendants.

Case No.: 06-04253 JF

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND TRIAL DATE**

Plaintiffs Thomas Brian Donovan, Jr. and Timothy Robinson ("Plaintiffs"), and Defendant Yung K. So ("Defendant"), by and through their respective counsel hereby stipulate as follows:

1. The discovery due date of December 31, 2007 is continued to March 31, 2008 since the parties have previously stipulated to mediation in a good faith effort to settle this matter and are still engaging in mediation.

2. The Expert Witness List due by November 30, 2007 is continued to May 30, 2008.

3. Cross-motions due on February 18, 2008 shall be continued to May 30, 2008.

4. The Pre-Trial Conference set for March 10, 2008 shall be continued to the week

1

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY AND TRIAL DATE

1  of June 2, 2008.

2     5.   The Jury Trial Set for March 24, 2008 is continued to the week of June 30, 2008.

3  DATED: 3 December, 2007     Fair Housing Legal Project

4  BY: *(signed)*

5  Jessica Fry
   Attorney for Plaintiffs

7  DATED: 12/5, 2007     Law Offices of Tak S. Chang

8  BY: *(signed)*

10  James C. Hann, Esq.
   Attorneys for Defendants
   YUNG K. SO, as an individual and trustee
11    of the SO 2000 TRUST

13  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

14  Finding Good Cause, the Court Orders that the Jury Trial Date shall be continued to

15  __6/27/08 at 1:30__ and the Pre-Trial Conference shall be continued to

16  __6/27/08 at 11:00__.

18  Dated the __18th__ day, of __December__, 2007.

20  *(signed)*

21  JEREMY FOGEL
   UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY AND TRIAL DATE