*efiled 1/9/08

James C. Hann, Esq. (State Bar No. 215778)
LAW OFFICES OF TAK S. CHANG
4020 Moorpark Ave. Suite 214
San Jose, CA 95117
(408) 975-9000 voice
(408) 975-9100 fax
Email: hannja@pacbell.net

Attorneys for Defendants
YUNG KWAN SO, as an individual and
as a trustee of SO 2000 TRUST

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| THOMAS BRIAN DONOVAN, JR. and TIMOTHY ROBINSON, <br><br> Plaintiffs, <br><br> vs. <br><br> YUNG K. SO as an individual and as trustee of SO 2000 TRUST, <br><br> Defendants. | Case No.: 06-04253 JF <br> **CORRECTED** <br> **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND TRIAL DATE** |

Plaintiffs Thomas Brian Donovan, Jr. and Timothy Robinson ("Plaintiffs"), and Defendant Yung K. So ("Defendant"), by and through their respective counsel hereby stipulate as follows:

1. The discovery due date of December 31, 2007 is continued to March 31, 2008 since the parties have previously stipulated to mediation in a good faith effort to settle this matter and are still engaging in mediation.

2. The Expert Witness List due by November 30, 2007 is continued to May 30, 2008.

3. Cross-motions due on February 18, 2008 shall be continued to May 30, 2008.

4. The Pre-Trial Conference set for March 10, 2008 shall be continued to the week

1

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY AND TRIAL DATE

of June 2, 2008.

5. The Jury Trial Set for March 24, 2008 is continued to the week of June 30, 2008.

DATED: 3 December 2007

Fair Housing Legal Project
BY: *[signature]*
Jessica Fry
Attorney for Plaintiffs

DATED: 12/5, 2007

Law Offices of Tak S. Chang
BY: *[signature]*
James C. Hann, Esq.
Attorneys for Defendants
YUNG K. SO, as an individual and trustee of the SO 2000 TRUST

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Finding Good Cause, the Court Orders that the Jury Trial Date shall be continued to 6/27/08 at 1:30 p.m. and the Pre-Trial Conference shall be continued to 6/20/08 at 11:00 a.m.

Dated the 18th day, of December, 2007.

*[signature]*
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY AND TRIAL DATE