\*\*E-filed 3/14/08\*\*

James C. Hann, Esq. (State Bar No. 215778)
LAW OFFICES OF TAK S. CHANG
4020 Moorpark Ave. Suite 214
San Jose, CA 95117
(408) 975-9000 voice
(408) 975-9100 fax
Email: hannja@pacbell.net

Attorneys for Defendants
YUNG KWAN SO, as an individual and
as a trustee of SO 2000 TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS BRIAN DONOVAN, JR. and TIMOTHY ROBINSON, <br> Plaintiffs, <br> vs. <br> YUNG K. SO as an individual and as trustee of SO 2000 TRUST, <br> Defendants. | Case No.: 06-04253 JF <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND TRIAL DATE** |

Plaintiffs Thomas Brian Donovan, Jr. and Timothy Robinson ("Plaintiffs"), and Defendant Yung K. So ("Defendant"), by and through their respective counsel in their continuing efforts in mediation and conflicts in scheduling hereby stipulate as follows:

1. The discovery due date of March 31, 2008 is continued to August 29, 2008 since the parties have previously stipulated to mediation in a good faith effort to settle this matter and are still engaging in mediation.
2. The Expert Witness List due by May 30, 2008 is continued to January 5, 2009.
3. Cross-motions due on May 30, 2008 shall be continued to January 16, 2009.
4. The Pre-Trial Conference set for June 20, 2008 shall be continued to the week of February 9, 2009.

1

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY AND TRIAL DATE

5. The Jury Trial Set for June 27, 2008 is continued to the week of March 9, 2009.

DATED: *February 21*, 2008

Fair Housing Law Project

BY: _____
Jessica Fry
Attorneys for Plaintiffs

DATED: __2/27__, 2008

Law Offices of Tak S. Chang

BY: _____
James C. Hann, Esq.
Attorneys for Defendants
YUNG K. SO, as an individual and trustee
of the SO 2000 TRUST

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Finding Good Cause, the Court Orders that the Jury Trial Date shall be continued to __3/13/09 at 1:30__ and the Pre-Trial Conference shall be continued to __2/13/09 at 11:00__.

Dated the __14th__ day, of __March__, 2008.

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY AND TRIAL DATE