James C. Hann, Esq. (State Bar No. 215778)
LAW OFFICES OF TAK S. CHANG
4020 Moorpark Ave. Suite 214
San Jose, CA 95117
(408) 975-9000 voice
(408) 975-9100 fax
Email: hannja@pacbell.net

Attorneys for Defendants
YUNG KWAN SO, as an individual and
as a trustee of SO 2000 TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS BRIAN DONOVAN, JR. and TIMOTHY ROBINSON, <br><br> Plaintiffs, <br><br> vs. <br><br> YUNG K. SO as an individual and as trustee of SO 2000 TRUST, <br><br> Defendants. | Case No.: 06-04253 JF <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL DATE** |

Plaintiffs Thomas Brian Donovan, Jr. and Timothy Robinson ("Plaintiffs"), and Defendant Yung K. So ("Defendant"), by and through their respective counsel and due to the fact that counsel for Defendant is filing a motion for substitution of counsel and to give Defendant sufficient time to obtain new counsel hereby stipulate as follows:

1. Plaintiffs and Defendants request further a case management conference to be scheduled in March, 2009.
2. The Expert Witness List due by January 5, 2009 is continued to June 5, 2009.
3. Cross-motions due on January 16, 2009 shall be continued to June 15, 2009.
4. The Pre-Trial Conference set for February 13, 2009 shall be continued to the week of June 1, 2009.

1

5. The Jury Trial Set for March 13, 2009 is continued to the week of June 13, 2009.

DATED: 12-18, 2008

Fair Housing Legal Project

BY: _____

Jessica Fry
Attorneys for Plaintiffs

DATED: 12/18, 2008

Law Offices of Tak S. Chang

BY: _____

James C. Hann, Esq.
Attorneys for Defendants
YUNG K. SO, as an individual and trustee of the SO 2000 TRUST

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Finding Good Cause, the Court Orders that the Jury Trial Date shall be continued to June 12, 2009 @ 1:30 p.m. and the Pre-Trial Conference shall be continued to June 5, 2009 @ 11:00 a.m.

Dated the 24th day of December, 2008.

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY AND TRIAL DATE