**E-filed 1/25/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS BRIAN DONOVAN and TIMOTHY ROBINSON,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>YUNG K. SO as an individual and as trustee of the SO 200 TRUST<br><br>　　　　　Defendants. | Case Number C-06-04253-JF(RS)<br><br>ORDER[1] GRANTING PLAINTIFFS' MOTION TO ENFORCE CONSENT DECREE AND ORDER<br><br>[Re: Docket No. 61 ] |

　　　Plaintiffs move to enforce the Consent Decree and Order entered in this action on April 17, 2010. Defendant failed to oppose the motion or make an appearance at the motion hearing. Plaintiffs ask that: (1) Defendant be found in contempt of court for directly violating the terms of the Consent Decree; (2) the debt owed under the Consent Decree be characterized as "non-dischargeable"; and (3) Plaintiffs be awarded reasonable attorney's fees and costs in connection with enforcement of the Consent Decree.

---

　　　[1]　　This disposition is not designated for publication in the official reports.

Case No. C-06-04253 JF (RS)
ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE CONSENT DECREE AND ORDER
(JFEX2)

**ORDER**

Because Plaintiff's motion is unopposed and well-taken the Court orders that the remaining debt owed under the Consent Decree totaling $17,500.00 be accelerated and be payable forthwith. Additionally, Plaintiffs shall recover their reasonable attorney's fees and costs. Plaintiffs shall submit documentation of their fees and costs for the Court's review.

IT IS SO ORDERED

DATED:   January 24, 2011

_____
JEREMY FOGEL
United States District Judge